IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br>RICK ALLEN EADES,<br>MARY M. EADES,<br><br>Debtor. | Case No. 07-12427-WV (b)<br><br>Chapter 7 |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 1<br>American Collection Se | $1.32 |
| | _____ |
| Total | $1.32 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $1.32, will be deposited with the clerk into unclaimed funds.

DATE: April 15, 2010

s/Lyle Nelson
LYLE R. NELSON, OBA#10914
TWO LEADERSHIP SQUARE
211 NORTH ROBINSON, SUITE 1300
OKLAHOMA CITY, OK  73102
(405) 232-4021
TRUSTEE