IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br>**RICK ALLEN EADES,**<br>**MARY M. EADES,**<br><br>                    **Debtor.** | Case No. 07-12427-WV (b)<br><br>Chapter 7 |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3011 Fed. R. Bankr. P. and reports to the Court Clerk that check number 10109 for the referenced creditor was never returned nor cashed, therefore the following are dividends in an amount over $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 7<br>Plains Comm<br>PO Box 89937<br>Sioux Falls, SD 57109 | $16.08 |
| | Total   $16.08 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $16.08, will be deposited with the clerk into unclaimed funds.

DATE: July 27, 2010                                s/Lyle Nelson
                                                                   LYLE R. NELSON, OBA#10914
                                                                   TWO LEADERSHIP SQUARE
                                                                   211 NORTH ROBINSON, SUITE 1300
                                                                   OKLAHOMA CITY, OK  73102
                                                                   (405) 232-4021
                                                                   TRUSTEE